NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0000429**
**07-AUG-2013**
**10:53 AM**

NO. CAAP-13-0000429

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DISCOVER BANK, a Delaware Corporation, Plaintiff-Appellee, v.
BRADFORD W. ADAMS and EI RAYNA K. ADAMS, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC09-1-009133)

ORDER DENYING DEFENDANTS-APPELLANTS
JULY 25, 2013 MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon consideration of the "Motion to Reconsider 7/25/13 Order Dismissing Appeal; To Reinstate Appeal & Pending Motions" by Defendants-Appellants Bradford W. Adams and Ei Rayna K. Adams, filed on August 5, 2013, and the files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, August 7, 2013.

Chief Judge

Associate Judge

Associate Judge